JACKSON L. SMITH, Plaintiff, *v.* WILLIAM BOARDMAN, Defendant.

1. Judgment affirmed.

*From Maries Circuit Court.*

*Lay & Belch*, for defendant.

*Ewing & Smith*, for plaintiff.

WAGNER, Judge, delivered the opinion of the court.

We do not see by what authority this case was ever brought here. There is no writ of error, nor does the record show that any affidavit was ever filed or application made for an appeal, or that an appeal was even granted or allowed.

The cause will therefore be stricken from the docket. The other judges concur.